MAVRONICOLAS MUELLER & DEE, LLP

PERSON SERVED:
JOSE VASQUEZ COFRESI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK _____ X

Case/Index No.:
13 CIV 3200

JULIAN SILVA, Individually, and JULIAN SILVA on behalf of
HANDLE WITH CARE PRODUCTIONS, INC.,
                              Plaintiff,

**AFFIDAVIT OF SERVICE**

-against-

JOSE VASSQUEZ COFRESI, Individually, and HANDLE WITH CARE
PRODUCTIONS, INC., a New York Corporation and Nominal Defendant,
                              Defendants.
_____ X

**PAPERS SERVED:**
SUMMONS IN CIVIL ACTION
VERIFIED COMPLAINT
CIVIL COVER SHEET

STATE OF NEW YORK, COUNTY OF NEW YORK SS:
The undersigned being duly sworn/affirms deposes and says:
Deponent is not a party herein, is over 18 years of age and
resides in the state of New York
That on the 15th day of May 20 13 @ 19:39
at: 58 Marble Hill Avenue, Apt.#C22, Bronx, NY 10463

Deponent Served the above papers on JOSE VASQUEZ COFRESI

by delivering and leaving true copy with JOSE VASQUEZ COFRESI  Personally
known to be the PRESIDENT OF - HANDLE WITH CARE PRODUCTIONS, INC

Description:(deponent describes the individual served as following)

| Sex: M | Skin: Wt | Color of Hair: Bk |
|---|---|---|
| Approx. Age: 25-35 | Approx. Weight: 160-180 | Approx. Height: 5'7-5'11 |

Attorney for the plaintiff: Peter C. Dee, Esquire
950 Third Avenue, 10th Fl, New York, NY 10022

Sworn/Affirms before me this
17 day of MAY 2013

_____
Notary Public

NINA MORALES
Notary Public - State of New York
NO. 01MO6212157
Qualified in Bronx County
My Commission Expires 10/13/2013

Process Server: Avner Rahimov
NYC Lic. No.: 1350897

_____
Signature of Deponent