UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



6/19/13

| | |
|---|---|
| JULIAN SILVA, ET AL<br><br>Plaintiffs,<br><br>v.<br><br>JOSE VAZQUEZ COFRESI, ET AL<br><br>Defendants. | ECF CASE<br><br>Case No. 13-cv-3200-CM-JCF<br><br>**MEMO ENDORSED** |

### CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Jose Vazquez Cofresi and Handle with Care Productions, Inc. (collectively, "Defendants") move that the Court grant them until June 28, 2013 to respond to the complaint in this matter.

Plaintiff's counsel has filed an Affidavit of Service, claiming that Defendants had until June 5th, 2013 to respond to the Complaint. Defendants deny that valid service was effected.

Plaintiff's counsel has consented to the extension, and Defendants have agreed to accept service of the Summons and Complaint. This is the first request for extension in this matter. The requested extension will not affect other scheduled dates in this case.

Accordingly, Defendants respectfully request an extension of time to respond to the Complaint until June 28, 2013.

6/18/2013   *So ordered*

Respectfully submitted:

Dated: June 14, 2013            /s/ Michael D. Steger
                                        Michael D. Steger (MS2009)
                                        Steger Krane LLP
                                        1601 Broadway, 12th Floor
                                        New York, NY 10019
                                        (212) 736-6800
                                        (845) 689-2155 (fax)
                                        msteger@skattorney.com

## CERTIFICATE OF SERVICE

I hereby certify that on this June 14th, 2013 I served a true and correct copy of the attached Consent Motion for Extension of Time to Respond to Complaint electronically by ECF on counsel for all parties:

>Peter C. Dee
>Mavronicolas, Muller & Dee, LLP
>950 Third Avenue, 10th Floor
>New York, NY  10022
>pdee@mavrolaw.com

>_/s/ Michael D. Steger_
>Michael D. Steger