UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Julian Silva, individually and on behalf of
Handle With Care Productions, Inc.,

                Plaintiff(s),                13   Civ.   3200   (CM) (JCF)

                                                        ORDER OF REFERENCE
           -against-                                  TO A MAGISTRATE JUDGE

Jose Vasquez Cofresi, individually,
                Defendant(s).
-------------------------------------------------------------X

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:\*

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement\*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Social Security

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

\* Do not check if already assigned for general pretrial.

Dated:   10/15/2013
          New York, New York

                                                   SO ORDERED:

                                                   Hon. Colleen McMahon
                                                 United States District Judge