MEMO ENDORSED

# STEGER KRANE LLP

| 1601 Broadway, 12th Floor | 30 Ramland Road, Suite 201 |
| New York, NY 10019 | Orangeburg, NY 10962 |
| (212) 736-6800 | (845) 359-4600 |
| msteger@skattorney.com | (845) 689-2155 (fax) |

www.skattorney.com

October 18, 2013

**VIA FACSIMILE**

Hon. Magistrate Judge James Francis
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/13
```

Re: <u>Silva, et al. v. Vazquez, et al.</u>: Case No. 13-CV-3200 CM

Dear Judge Francis:

This firm represents defendant and counterclaimant Jose Vazquez and defendant Handle With Care Productions, Inc.

After consulting with Plaintiff's counsel, we respectfully request that the Court schedule the settlement conference in this matter on November 12, 2013 at 10:00 am.

Thank you for your consideration of this matter.

Sincerely yours,

Michael D. Steger

cc: Peter Dee, Esq. (via email)
    Nicholas Ranallo, Esq. (via email)

10/23/13
Application granted. The parties, as well as counsel, shall attend.
SO ORDERED.
James C. Francis IV
USMJ