UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| JULIAN SILVA, ET AL | |
|---|---|
| Plaintiffs, | ECF CASE |
| v. | Case No. 13-cv-3200-CM |
| JOSE VAZQUEZ COFRESI, ET AL | JOINT MOTION TO EXTEND DISCOVERY CUTOFF AND RESET DATES |
| Defendants. | |
| JOSE VAZQUEZ | |
| Counterclaimant, | |
| v. | |
| JULIAN SILVA | |
| Counterclaim Defendant | |

11/4/2013 Granted

**MEMO ENDORSED**

Plaintiff JULIAN SILVA, individually, and JULIAN SILVA, on behalf of HANDLE WITH CARE PRODUCTIONS, INC. ("Plaintiff") and Defendants JOSE VAZQUEZ COFRESI ("Vazquez"), individually, and HANDLE WITH CARE PRODUCTIONS, INC. ("Handle With Care"), (collectively "Defendants") jointly move the Court for an order (1) extending the discovery cutoff in this case and (2) resetting all scheduled dates in this case. This is the parties' first request for any extension in this case.

The parties currently have a settlement conference scheduled before Magistrate Judge Francis on November 12, 2013.

The current case management plan contains the following deadlines:

1. Close of discovery – November 21, 2013
2. Joint pretrial order – January 6, 2013

In order to save resources and minimize costs to the parties before the scheduled settlement conference, the parties request that the Court reset all pending dates as follows:

1. Close of discovery –January 17, 2014

    2. Joint pretrial order – February 28, 2014.

Dated: October 29, 2013

Respectfully submitted:

| /s/ Peter Dee | /s/ Michael D. Steger |
|---|---|
| Peter Dee | Michael D. Steger (MS2009) |
| Mavronicolas Mueller & Dee LLP | Steger Krane LLP |
| 950 Third Avenue, 10th Floor | 1601 Broadway, 12th Floor |
| New York, NY 10022 | New York, NY 10019 |
| (646) 770-0024 | (212) 736-6800 |
| 1(866) 774-9005 (fax) | (845) 689-2155 (fax) |
| pdee@mavrolaw.com | msteger@skattorney.com |
| Attorneys for Plaintiffs and Counterdefendant | Attorneys for Defendants and Counterclaimant |