**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIAN SILVA, ET AL<br><br>                Plaintiffs,<br><br>       v.<br><br>JOSE VAZQUEZ COFRESI, ET AL<br><br>              Defendants. | **ECF CASE**<br><br>**Case No. 13-cv-3200-CM**<br><br>**MOTION FOR STAY** |
| JOSE VAZQUEZ<br><br>            Counterclaimant,<br><br>       v.<br><br>JULIAN SILVA<br><br>         Counterclaim Defendant | |

Defendant and Counterclaimant JOSE VAZQUEZ COFRESI ("Vazquez") and defendant HANDLE WITH CARE PRODUCTIONS, INC.  ("HWCP") hereby move the Court for an order staying this case pending the Court's decision on the Motion to Withdraw filed simultaneously by counsel for Vazquez and HWCP, Michael D. Steger, Steger Krane LLP.  Defendants and Counsel request a stay of this action so as to not prejudice Defendants.

The Court previously granted the parties' joint first request for an extension in this case.

The current case management plan contains the following deadlines:

1.  Close of discovery –January 17, 2014

2.  Joint pretrial order – February 28, 2014.

Defendants and Counsel jointly request that the Court stay the case pending further decisions by the Court.

Dated:  December 12, 2013

Respectfully submitted:

　　　　　　　　　　　　　　 /s/ Michael D. Steger
　　　　　　　　　　　　　　 Michael D. Steger (MS2009)
　　　　　　　　　　　　　　 Steger Krane LLP
　　　　　　　　　　　　　　 1601  Broadway, 12th Floor
　　　　　　　　　　　　　　 New York, NY  10019
　　　　　　　　　　　　　　 (212) 736-6800
　　　　　　　　　　　　　　 (845) 689-2155 (fax)
　　　　　　　　　　　　　　 msteger@skattorney.com
　　　　　　　　　　 Attorneys for Defendants and  Counterclaimant

**CERTIFICATE OF SERVICE**

I hereby certify that on this December 12, 2013 I served a true and correct copy of the

attached Motion for Stay electronically by ECF on counsel for all parties:

Peter C. Dee
Mavronicolas, Muller & Dee, LLP
950 Third Avenue, 10th Floor
New York, NY  10022
pdee@mavrolaw.com

I also certify that I served a true and correct copy of this Motion to Stay on Defendant

Vazquez by certified mail, return receipt requested:

Jose Vazquez
58 Marble Hill Avenue, Apt. C22
Bronx, NY 10463

 /s/ Michael D. Steger
Michael D. Steger