UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN SILVA, ET AL<br><br>        Plaintiffs,<br><br>v.<br><br>JOSE VAZQUEZ COFRESI, ET AL<br><br>        Defendants. | ECF CASE<br><br>Case No. 13-cv-3200-CM<br><br>**MOTION TO WITHDRAW AS COUNSEL** |
| JOSE VAZQUEZ<br><br>        Counterclaimant,<br><br>v.<br><br>JULIAN SILVA<br><br>        Counterclaim Defendant | |

    Pursuant to Local Rule 1.4, Michael D. Steger, Steger Krane LLP ("Counsel"), hereby moves the Court for an order to withdraw as counsel of record for Defendant and Counterclaimant JOSE VAZQUEZ COFRESI ("Vazquez") and Defendant HANDLE WITH CARE PRODUCTIONS, INC. ("HWCP") in this matter. Defendants have terminated Counsel's representation and requested that Counsel withdraw from this matter.

    The reasons for this Motion to Withdraw are set forth in the attached Affidavit of Michael D. Steger.

    The current scheduling order, which has been provided to Defendant, requires the completion of discovery by January 17, 2014, and the submission of a joint pretrial order by February 28, 2014. Defendant has been informed of all outstanding dates.

    Counsel for Defendants has simultaneously moved the Court to stay this action pending the Court's decision on the instant Motion to Withdraw and Defendants' retention of new counsel, if any.

For the reasons set forth above and in the attached affidavit, Counsel respectfully requests leave of Court to withdraw from this case.

Dated: December 12, 2013

Respectfully submitted:

_____
Michael D. Steger (MS2009)
Steger Krane LLP
1601 Broadway, 12th Floor
New York, NY 10019
(212) 736-6800
(845) 689-2155 (fax)
msteger@skattorney.com
Attorneys for Defendant and Counterclaimant

## CERTIFICATE OF SERVICE

I hereby certify that on this December 12, 2013 I served a true and correct copy of the attached Consent Motion to Withdraw as Counsel electronically by ECF on counsel for all parties:

Peter C. Dee
Mavronicolas, Muller & Dee, LLP
950 Third Avenue, 10th Floor
New York, NY  10022
pdee@mavrolaw.com

I also certify that I served a true and correct copy of this Consent Motion to Withdraw As Counsel on Defendant by certified mail, return receipt requested:

Jose Vazquez
58 Marble Hill Avenue, Apt. C22
Bronx, NY 10463

with a courtesy copy by email.

　　　　　　　　　　　　　　　　　　/s/ Michael D. Steger
　　　　　　　　　　　　　　　　　　Michael D. Steger