UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| JULIAN SILVA, ET AL |
| --- |
| Plaintiffs, |
| v. |
| JOSE VAZQUEZ COFRESI, ET AL |
| Defendants. |
| JOSE VAZQUEZ |
| Counterclaimant, |
| v. |
| JULIAN SILVA |
| Counterclaim Defendant |

ECF CASE

Case No. 13-cv-3200-CM

MOTION FOR STAY

12/16/2013 — The motion is granted to the extent of giving Vazquez and HWCP 60 days to retain new counsel. At the end of this 60 day period, stay will end. If new counsel have not appeared (1) Vazquez may proceed pro se, and (2) HWCP will be in default since a corporation cannot appear by a non-lawyer. — CMM

Defendant and Counterclaimant JOSE VAZQUEZ COFRESI ("Vazquez") and defendant HANDLE WITH CARE PRODUCTIONS, INC. ("HWCP") hereby move the Court for an order staying this case pending the Court's decision on the Motion to Withdraw filed simultaneously by counsel for Vazquez and HWCP, Michael D. Steger, Steger Krane LLP. Defendants and Counsel request a stay of this action so as to not prejudice Defendants.

The Court previously granted the parties' joint first request for an extension in this case.

The current case management plan contains the following deadlines:
1. Close of discovery – January 17, 2014
2. Joint pretrial order – February 28, 2014.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/13

Defendants and Counsel jointly request that the Court stay the case pending further decisions by the Court.

Dated: December 12, 2013

Respectfully submitted:

        /s/ Michael D. Steger
Michael D. Steger (MS2009)
Steger Krane LLP
1601 Broadway, 12th Floor
New York, NY 10019
(212) 736-6800
(845) 689-2155 (fax)
msteger@skattorney.com
Attorneys for Defendants and Counterclaimant

## CERTIFICATE OF SERVICE

I hereby certify that on this December 12, 2013 I served a true and correct copy of the attached Motion for Stay electronically by ECF on counsel for all parties:

Peter C. Dee
Mavronicolas, Muller & Dee, LLP
950 Third Avenue, 10th Floor
New York, NY 10022
pdee@mavrolaw.com

I also certify that I served a true and correct copy of this Motion to Stay on Defendant Vazquez by certified mail, return receipt requested:

Jose Vazquez
58 Marble Hill Avenue, Apt. C22
Bronx, NY 10463

/s/ Michael D. Steger
Michael D. Steger

3