UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X

Julian Silva, individually and on behalf of
Handle With Care Productions, Inc.,

        Plaintiff(s),

        13   Civ.  3200  (CM) (JCF)

ORDER OF REFERENCE
-against-         TO A MAGISTRATE JUDGE

Jose Vasquez Cofresi, individually,
        Defendant(s).
―――――――――――――――――――――X

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

✓ Specific Non-Dispositive Motion/Dispute:*
*Discovery Disputes*

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Habeas Corpus

____ Social Security

____ Settlement*

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

____ Inquest After Default/Damages Hearing

Particular Motion:_____

_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 3/5/2014
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge