UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN SILVA, individually and on behalf of HANDLE WITH CARE PRODUCTIONS, INC.,

Plaintiffs,

- against -

JOSE VASQUEZ COFRESI, individually,

Defendant,

and

HANDLE WITH CARE PRODUCTIONS, INC., A New York Corporation and Nominal Defendant,

Nominal Defendant.

HANDLE WITH CARE PRODUCTIONS, INC., A New York Corporation and Nominal Defendant and JOSE VASQUEZ COFRESI, individually,

Counter Claimants,

- against -

JULIAN SILVA, individually,

Counter Defendant.

13 Civ. 3200 (CM) (JCF)

O R D E R

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/14

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on March 25, 2014, it is hereby ORDERED as follows:

1. By April 15, 2014, plaintiff's counsel shall provide

defendants' counsel with copies of all discovery requests and responses and deposition transcripts in this case, with copying costs to be borne by defendants.

2. By May 15, 2014, defendants shall respond to all outstanding discovery requests.

3. All discovery shall be completed by July 15, 2014.

4. The pretrial order shall be submitted by August 15, 2014.

5. If all parties consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), the enclosed consent form should be executed and returned.

SO ORDERED.

James C. Francis IV

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
March 25, 2014

Copies mailed this date:

Peter C. Dee, Esq.
Mavronicolas Mueller & Dee, LLP
950 Third Ave., 10th Floor
New York, NY 10022

Lowell B. Davis, Esq.
One Old Country Road
Carle Place, NY 11514

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Julian Silva
*Plaintiff*
v.
Jose Vasquez Cofresi
*Defendant*

Civil Action No. 13 Civ. 3200 (CM)(JCF)

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: ____________

____________________
*District Judge's signature*

____________________
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.