```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
JULIAN SILVA, individually and on    : 13 Civ. 3200 (CM) (JCF)
behalf of HANDLE WITH CARE           :
PRODUCTIONS, INC.,                   :   MEMORANDUM
                                     :   AND  ORDER
                                     :
            Plaintiffs,              :
                                     :
    - against -                      :
                                     :
JOSE VASQUEZ COFRESI, individually,  :
                                     :
            Defendant,               :
                                     :
    and                              :
                                     :
HANDLE WITH CARE PRODUCTIONS, INC.,  :
A New York Corporation and Nominal   :
Defendant,                           :
                                     :
            Nominal Defendant.       :
- - - - - - - - - - - - - - - - - - -:
HANDLE WITH CARE PRODUCTIONS, INC.,  :
A New York Corporation and Nominal   :
Defendant and JOSE VASQUEZ COFRESI,  :
individually,                        :
                                     :
            Counter Claimants,       :
                                     :
    - against -                      :
                                     :
JULIAN SILVA, individually,          :
                                     :
            Counter Defendant.       :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/17/14

Plaintiffs having moved for sanctions in connection with defendant's failure to provide discovery responses, it is hereby ORDERED as follows:

1

1. Defendant shall answer the motion by September 30, 2014.

2. Plaintiffs shall reply by October 7, 2014.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       September 17, 2014

Copies mailed this date:

Peter C. Dee, Esq.
Mavronicolas Mueller & Dee, LLP
950 Third Ave., 10th Floor
New York, NY 10022

Lowell B. Davis, Esq.
One Old Country Road
Carle Place, NY 11514