UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN SILVA, individually, and JULIAN SILVA, on behalf of HANDLE WITH CARE PRODUCTIONS, INC.<br>    Plaintiff,<br><br>v.<br><br>JOSE VASQUEZ COFRESI, individually,<br><br>-and-<br><br>HANDLE WITH CARE PRODUCTIONS, INC., a New York Corporation and Nominal Defendant | ECF Case<br><br>13 Civ. 3200-CM<br><br><br>[~~PROPOSED~~] ORDER |

[~~PROPOSED~~] ORDER VACATING DEFAULT JUDGMENT

THIS MATTER came before the court on Plaintiff's Letter Motion seeking to vacate the previous default judgment (ECF #60), and good cause therefore being shown, it is hereby ORDERED AND ADJUDGED AS FOLLOWS:

1. That the Clerk's Judgment in this matter (ECF # 59) is hereby vacated; and

2. That Judge Francis Report and Recommendations (ECF #56) is adopted in its entirety, and the Clerk is directed to enter default against the Defendant pursuant to Fed. Rule Civ. Proc. 55(a); and

3. That Plaintiff shall submit a motion seeking a default judgment seeking damages pursuant to Fed. Rule Civ. Proc. 55(b)(2) within 60 days of the date of this order.

4. In addition, the Court adopts Judge Francis' Recommendation that Plaintiff be awarded $8,406 in attorney's fees arising from its non-compliance with prior discovery orders.

DONE AND ORDERED, this 9 day of April, 2015

_____
Honorable Judge Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/15