```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2015
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

JULIAN SILVA, individually, and JULIAN
SILVA, on behalf of HANDLE WITH CARE
PRODUCTIONS, INC.

Plaintiff

- against -

JOSE VASQUEZ COFRESI, individually,

-and-

HANDLE WITH CARE PRODUCTS, INC.,
A New York Corporation and Nominal Defendant.
-------------------------------------------------------------X

**13 Civ. 3200 (CM)**

**CLERK'S CERTIFICATE**
**OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that this action was commenced on May 10, 2013 with

the filing of a summons and complaint, a copy of the summons and complaint was served on

defendant(s) Jose Vasquez Cofresi and Handle With Care Productions, Inc., by personally

serving Jose Vasquez Cofresi, and proof of service was therefore filed on May 21, 2013.

I further certify that the docket entries indicate that on April 9, 2015, the Honorable

Colleen McMahon, United States District Judge, having issued her Order adopting Magistrate

Judge Francis Report and Recommendations (ECF #56) in its entirety, and directing the Clerk to

enter default against the Defendant pursuant to Fed. Rule Civ. Proc. 55(a); accordingly, the

default of the defendant(s) are hereby noted.

Dated: New York, New York
     April 15, 2015

RUBY J. KRAJICK
Clerk of Court

By: _____
           Deputy Clerk

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____