Page 1

```
 2  UNITED STATES DISTRICT COURT
 3  SOUTHERN DISTRICT OF NEW YORK
 4  ------------------------------)
 5  JULIAN SILVA, et al.,
 6              Plaintiffs,         Case No.
 7         vs.                      13-cv-3200-CM-JCF
 8  JOSE VAZQUEZ COFRESI, et al.,
 9              Defendants.
10  ------------------------------)
11  JOSE VAZQUEZ,
12         Counterclaimant,
13         vs.
14  JULIAN SILVA,
15         Counterclaim Defendant.
16  ------------------------------)
17
18          DEPOSITION OF JOSE VAZQUEZ
19              New York, New York
20              September 30, 2013
21
22
23
24  Reported by:
    Linda Salzman
25  JOB NO. 1737881
```

```
                                              Page 209
 1                    J. Vazquez
 2   to Mr. Silva's departure?
 3        A.    After he left?
 4        Q.    Yes.
 5        A.    No.
 6        Q.    When was the last time you licensed
 7   a work from the SilVaz Publishing catalogue?
 8        A.    I believe it was maybe a couple of
 9   months before he left.
10        Q.    In approximately June or July when
11   you were on the tour that Mr. Silva was not
12   on, did you have any communications with
13   anyone regarding the licensing of La
14   Excelencia or SilVaz Publishing's songs?
15        A.    Yes.
16        Q.    Who were you corresponding with ?
17        A.    Zumba Fitness.
18        Q.    Did they ultimately license?
19        A.    They ultimately did.
20        Q.    What song was that?
21        A.    It was La Economia.
22        Q.    How much were you paid for that
23   license?
24        A.    I think maybe 3,200.
25        Q.    Where was that licensing money, who
```

```
                                              Page 210
 1                  J. Vazquez
 2   received it?  Did you personally receive it
 3   or Handle With Care?
 4        A.    La Excelencia received it.
 5        Q.    Did any of that money get
 6   distributed to Mr. Silva?
 7        A.    No.
 8        Q.    Prior to that when you had received
 9   licenses from Zumba or So You Think You Can
10   Dance, things like that, did that money go to
11   -- did a portion of that money get disbursed
12   to Mr. Silva?
13        A.    Yes.
14        Q.    Do you believe Mr. Silva is
15   entitled to a portion of the licensing
16   revenue from the La Economia Zumba contract?
17        A.    Yes, I do.
18        Q.    Has any of that ever been paid?
19        A.    No, I have had no contact with him.
20        Q.    Are you presently aware of his
21   address?
22        A.    No, not until this, all the
23   paperwork.
24        Q.    Did you review the Complaint in
25   this matter?
```

```
 1
 2                  C E R T I F I C A T E
 3     STATE OF NEW YORK      )
 4                            : ss.
 5     COUNTY OF NEW YORK     )
 6
 7           I, Linda Salzman, a Notary Public
 8     within and for the State of New York,
 9     do hereby certify:
10           That JOSE VAZQUEZ, the witness
11     whose deposition is hereinbefore set
12     forth, was duly sworn by me and that
13     such deposition is a true record of the
14     testimony given by the witness.
15           I further certify that I am not
16     related to any of the parties to this
17     action by blood or marriage, and that I
18     am in no way interested in the outcome
19     of this matter.
20           IN WITNESS WHEREOF, I have
21     hereunto set my hand this 10th day of
22     October, 2013.
23
                              *Linda Salzman*
24                       _____
25                            Linda Salzman
```