UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Julian Sylva,

                       Plaintiff(s),                    13 Civ. 3200 (CM) (JCF)

                                                            ORDER OF REFERENCE
           -against-                              TO A MAGISTRATE JUDGE

Jose Vazquez Cofresi, individually,
                       Defendant(s).
------------------------------------------------------------X

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓ Specific Non-Dispositive Motion/Dispute:*

    Motion #67
    for Default

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

==== Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

    Particular Motion:_____

    All such motions:_____

USDC
DOCU[MENT]
ELECT[RONICAL]LY FILED
DOC #:___
DATE FI[LED]: 7/13/15

* Do not check if already assigned for general pretrial.

Dated: July 13, 2015
       New York, New York

                                                     SO ORDERED:

                                                     Hon. Colleen McMahon
                                                     United States District Judge