# Exhibit A

- Page 57 (Bates 000855)- Sob's, regal cinemas, BK, Noodle, Rite aid, target,starbucks, outback, walgreens, Riverdale Diner are all included but was not able to highlight.

- Page 72 (Bates 000870) - GNC, Jetblue, marbel hill liq, best buy all are included but not highlighted

- Page 79 (Bates 000877) - everything from 1/4 - 1/21 should be included but was not able to highlight

- Page 83 (Bates 000881) - everything from 2/5 - 2/16 should be included but was unable to highlight

- Page 89 ((Bates 000887) - everything from 3/1- 3/10 (except the ATM) should be included but was not able to highlight

- Page 95 (Bates 000893) - everything from 4/6 - 4/30 should be included (except 4/16), but was unable to highlight

- Page 101 (Bates 000899) - everything from 5/11 - 5/24 should be included but was unable to highlight

- Page 107 (Bates 000905) - everything from 6/1 - 6/10 should be included but was unable to highlight

- Page 113 (Bates 000911) - everything from 7/6 - 7/8 should be included but was unable to highlight

- Page 114 (Bates 000912) - everything from 7/19 - 7/28 should be included but was unable to highlight

- Page 119 (Bates 000917) - everything from 8/9 - 8/11 should be included but was unable to highlight

- Page 119 (Bates 000917) - everything from 8/19 -8/20 should be included but was unable to highlight

- Page 120 (Bates 000920) - everything from 8/20 - 8/23 should be included but was unable to highlight

- Page 126 (Bates 000924) - Victoria Secr. is included but not highlighted 9/24

- Page 126 (Bates 000924) - everything from champs 9/27 - Land and sea 9/30 should be included but was unable to highlight

- Page 131 (Bates 000929) - verticleresponse and BK should be included but was unable to highlight

- Page 133 (Bates 000931) - everything from Zakis 10/4 - Target 10./20 should be included but was unable to highlight

- Page 133 (Bates 000931) - everything from 10/25 - 10/28 should be included but was unable to highlight

- Page 139 (Bates 000937) - everything from 11/1 - staples 11/8 should be included but was unable to highlight

- Page 151 (Bates 000949) - Everything from 1/3 - 1/6 should be included but was unable to highlight.

- Page 153 (Bates 000951) - Everything from 1/18 - 1/26 should be included (except Astoria soundworks, soundworks, and ATM) but was unable to highlight

- Page 154 (Bates 000952) - Everything from 1/27 - 1/31 (except ATM) should be included but was unable to highlight

- Page 163 (Bates 000961) - everything from 3/9 - 3/29 should be included but was unable to highlight

- Page 175 (Bates 000973) - Everything from 5/13 - 5/27 (except ATM) should be included but was unable to highlight

- Page 180 (Bates 000978) - Everything from Caridad 6/7 - Target 6/13 should be included but was unable to highlight

- Page 185 (Bates 000983) - Everything from Best buy 7/7 - Toys r us 7/18 should be included but was not able to highlight

- Page 186 (Bates 000984) - Everything from 7/19 should be included but was unable to highlight

- Page 186 (Bates 000984) - Everything from 7/22 - 7/29 should be included but was unable to highlight

- Page 191 (Bates 000989) - Everything from 7/28 - 8/9 should be included but was unable to highlight

- Page 192 (Bates 000990)  - Everything from car rental 8/22 - PF Changs 8/22 should be included but was unable to highlight

- Page 193 (Bates 000991)  - Everything from 8/23 - 8/24 should be included but was unable to highlight

- Page 193 (Bates 000991)  - Everything from 8/25 should be included but was unable to highlight

- Page 193 (Bates 000991)  - Everything from 8/29 should be included but was unable to highlight

- Page 197 (Bates 000995)  - 9/2 - 9/6 (slapshotz) should be included .

- Page 197 (Bates 000995)  - include sprint, include Natives and Sun Corners, and include 9/19 - 9/26

- Page 203 (Bates 001001)  - 10/3 - 10/11 should be included, except ATM, facebook,

- Page 203 (Bates 001001)  - 10/11 - 10/17 should be included except facebook.

- Page 204 (Bates 001002)  - this entire page 10/17 - 10/31 should be included except facebook, soundworks, and ATM

- Page 215 (Bates 001013)  - 12/01 -12/12 should be included except for facebook, and soundworks

- Page 221 (Bates 001019)  - everything on 1/3 should be included. And 1/9 - 1/10 should be included except facebook

- Page 222 (Bates 001020)  - 1/24 - 1/31 should be included

- Page 227 (Bates 001025)  - 2/7 - 2/21 should all be included and 2/21 - 2/27 should all be included

- Page 228 (Bates 001026)  - 2/27- 2/28 should all be included

- Page 232 (Bates 001030)  - 3/1 - 3/23 should all be included except ATM

- Page 233 (Bates 001031)  - 3/26 - 3/30 should all be included

- Page 239 (Bates 001037)  - 4/27 - 4/30 should include all

- Page 245 (Bates 001043)   - 5/2-5/8 all should be included
- Page 258 (Bates 001056)   - Everything in black is also included
- Page 260 (Bates 001058)   - everything in black in included
- Page 261 (Bates 001059)   - everything in black is included
- Page 262 (Bates 001060)   - everything in black is included
- Page 263 (Bates 001061)   - everything in black is included
- Page 264 (Bates 001062)   - everything in black is included
- Page 265 (Bates 001063)   - everything in black is included
- Page 266 (Bates 001064)   - everything in black is included